

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charles K. Reagan
Criminal District Attorney
Marlin, Texas

Dear Sir:

Opinion No. 0-3921
Re: If an individual owns a tract
of land less than 200 acres
and valued at less than $3,000
and the county line divides the
same in half, can such landowner
claim homestead exemption in both
counties?

We are in receipt of your letter in which you re-
quest the opinion of this department upon the question set out
therein as follows:

"If an individual owns a tract of land less
than 200 acres and valued at less than $3,000.00,
and is situated with a portion in -A- county and
a portion in -B- county, or in other words the
county line divides the same in half, can such
land owner claim homestead exemption in both
counties?"

Section 1a of Article VIII of the Constitution of
Texas provides as follows:

"Three Thousand Dollars ($3,000.00) of the
assessed taxable value of all residence homesteads
as now defined by law shall be exempt from all
taxation for all State purposes; provided that
this exemption shall not be applicable to that
portion of the ad valorem taxes levied for State
purposes remitted within those counties or other
political subdivisions now receiving any remission
of State taxes, until the expiration of such
period of remission, unless before the expiration
of such period the board or governing body of any
one or more of such counties or political subdivi-
sions shall have certified to the State Comptroller

that the need for such remission of taxes has ceased to exist in such county or political subdivision; then this Section shall become applicable to each county or political subdivision as when it shall become within the provisions hereof."

Section 51 of Article XVI of the Constitution of Texas defines a rural homestead and provides in part as follows:

"The homestead, not in a town or city, shall consist of not more than two hundred acres of land, which may be in one or more parcels, with the improvements thereon; * * *"

The Constitution has defined a homestead and has exempted same from taxation without regard to whether the homestead was situated in one or more counties. We believe it obvious, therefore, that a homestead coming within the constitutional requirements and definition would not be deprived of its exemptions by virtue of the fact that it was situated in two counties.

It is the opinion of this department that in your case under the facts you submit the individual would be entitled to the homestead exemption from taxation in both counties.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Billy Goldberg_
Billy Goldberg
Assistant

APPROVED SEP 29, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

BG:eh


APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN